### 17089.   LEVY *v.* DUCKWORTH.

BLOODWORTH, J.  This case was tried by one of the judges of the municipal court of Atlanta, and he directed a verdict for the plaintiff.  The defendant applied to him for a new trial, which was refused.  Thereupon an appeal was taken to the appellate division of that court, and it granted a new trial.  The judge of the superior court refused to sanction a writ of certiorari from this judgment, properly holding that the evidence raised an issue of fact for the jury.  The case is controlled by the general rule that the first grant of a new trial will not be disturbed, unless the evidence demanded the verdict rendered.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1926.

Petition for certiorari; from Fulton superior court—Judge Humphries.  December 16, 1925.

*George B. Rush,* for plaintiff.

*Joseph D. Lewis, C. Don Miller,* for defendant.

Appeal and Error, 4 C. J. p. 832, n. 47.

### 17090.   SWORDS *v.* WEST.

BROYLES, C. J.  1. The evidence, together with the legal deductions and inferences arising therefrom, did not demand the verdict directed.  There were disputed issues of fact which should have been submitted to the jury.

2. There is no merit in any of the grounds of the motion for a new trial not dealt with above.

*Judgment reversed. Luke, J., concurs.  Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Complaint; from Morgan superior court—Judge Park.  December 4, 1925.

*E. H. George,* for plaintiff in error.

*E. R. Lambert,* contra.